**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | |
|---|---|
| Arnie Kuhn, d/b/a Cloverleaf Cattle Company, ) ) ) | |
| Plaintiff, ) ) | **ORDER OF DISMISSAL** |
| vs. ) ) | Case No. 1:08-cv-096 |
| North Star Beef, Inc., and, ) Minnesota Beef Industries, Inc., ) ) | |
| Defendants. ) | |

_____

Before the Court is the plaintiff's "Notice of Dismissal" filed on December 3, 2008. See Docket No. 4. The plaintiff requests a dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The Court **ADOPTS** the plaintiff's notice and **ORDERS** that the action be dismissed with prejudice and without costs pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED**.

Dated this 4th day of December, 2008.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court